UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>INFINITY MANAGEMENT AND INVESTMENTS, LLC,<br><br>                Defendant. | Case No. 4:19-CV-00513-WGY<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    The parties' Stipulation of Dismissal with Prejudice having come before the court (Dkt. 20, and finding good cause therefore;

    **IT IS HEREBY ORDERED** that the above-entitled action be and is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs.

    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

/// End Text ///

Submitted by:

Ryan S. Dustin
Casperson Ulrich Dustin PLLC
Attorneys for Plaintiff

*May 7, 2021*
*So ordered.*
*William G. Young*
*District Judge*